

**SUBPOENA**
# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

In the Matter of Prime Bank Securities, HO-2820

To: First National Equity, LLC
Melvin Lyttle
502 5th St.
Aurora, IN 47001

☒ YOU MUST PRODUCE everything specified in the Attachment to this subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below:

500 West Madison Street, Suite 1400, Chicago, IL 60661 on Wednesday, March 21, 2001 at 9:00 a.m.

☒ YOU MUST TESTIFY before officers of the Securities and Exchange Commission, at the place, date and time specified below:

500 West Madison Street, Suite 1400, Chicago, IL 60661, on Friday, March 30, 2001 at 9:00 a.m.

FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.
Failure to comply may subject you to a fine and/or imprisonment.

By: _____  Date: March 13, 2001
Steven L. Klawans
Attorney, Division of Enforcement
U.S. Securities and Exchange Commission
500 West Madison Street, Suite 1400
Chicago, IL 60661
(312) 353-7390

I am an officer of the Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934.