Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

_Western_ District of _New York_

*FILED NOV 10 2010 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

USA v.

_Eldridge et. al_
_Melvin Ray Lyttle_

Docket No.: _6:05-cr-06116-CJS-2_

_Hon. Charles J. Siragusa_
(District Court Judge)

Notice is hereby given that _Melvin Ray Lyttle_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] _____
(specify)

entered in this action on _11/8/10_
(date)

Offense occurred after November 1, 1987   Yes [X]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [X]

Date _11/9/10_

TO _____

_Peter J. Pullano_
(Counsel for Appellant)

Address _1 East Main Street, Suite 711_
_Rochester NY 14614_

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: _585-546-1090_

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[X] I am ordering a transcript
[ ] I am not ordering a transcript
Reason
  [ ] Daily copy is available
  [ ] U.S. Attorney has placed order
  [ ] Other. Attach explanation

Prepare transcript of
[ ] Prepare proceedings _2/~~1/7/09~~_
[ ] Trial _All trial volumes_
[ ] Sentencing _10/29/10_
[ ] Post-trial proceedings _11/8/10_

Dates

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [X]

ATTORNEY'S SIGNATURE _P.J.P._   DATE _11/9/10_

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____   Signature _____ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05